UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PAUL Adams,
          Plaintiff,

V.

WARDEN TEGELS, et. al.,
          Defendants.

18 CV 971
NOTICE OF APPEAL

Adams is appealing the final decision and order of Honorable Judge James D. Peterson, reversing the ~~summ~~ default against defendant Lin Kimpel, on October 15, 2019. Lin Kimpel was found in default on July 16, 2019.

. In denying Adams motion(s) against reversing the default. The Court cherry-picked its excuses, and completly egnored the facts Adams submitted.

cc: Kimpel

October 19, 2019

Paul Adams
Paul Allen Adams pro se
CVCTF
2909 E. Park Ave
Chippewa Falls, Wi 54729