IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL ALLEN ADAMS,

    Plaintiff,

  v.

LIZZIE TEGELS, TAMMY MAASSEN,
DEBRA TIDQUIST, PAULINE
HULSTEIN, ANTHONY HENTZ,
AND KRISTINE PRALLE,

    Defendants.

Case No. 18-cv-971-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

/s/
Peter Oppeneer, Clerk of Court

8/19/2020
Date