IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAUL ALLEN ADAMS,

                Plaintiff,

  v.

LIZZIE TEGELS, TAMMY MASSAN,
DEBRA TIDQUIST, PAULINE HULSTEIN,
ANTHONY HENTZ, LIN KIMPEL, and
KRISTINE PRALLE,

                Defendants.

ORDER

18-cv-971-jdp

---

      This case was well along when attorney Briane Pagel agreed to represent plaintiff Paul Allen Adams in November, 2020. At that point, discovery had been closed for months, and defendants' motion for summary judgment was pending, but Adams had yet to file a response, despite multiple extensions. I extended Adams's summary judgment response deadline yet again to give Pagel time to get up to speed. But I did not intend that the case would start over.

      Nevertheless, Adams, by counsel, has served defendants with deposition notices. Defendants move for a protective order. Dkt. 106. Adams now moves to amend the court's scheduling order to allow for the depositions. Dkt. 110. I'll grant defendants' motion and deny Adams's.

      Adams has not shown good cause to amend the court's scheduling order. He had ample time to conduct discovery by the discovery deadline. The court has accommodated Adam's personal difficulties with multiple extensions, but it's not fair to defendants to give Adams a complete do-over. When Pagel took the case he represented that he was prepared to respond to defendants' summary judgment motion quickly and did not say anything about conducting more discovery. Dkt. 104.

Plaintiff may have 14 days, until February 25, 2021, to respond to defendants' motion for summary judgment. Defendants may have until March 8, 2021, to reply.

ORDER

IT IS ORDERED that:

1. Defendants' motion for a protective order, Dkt. 106, is GRANTED.

2. Plaintiff Paul Allen Adams' motion to amend the scheduling order to allow for depositions, Dkt. 110, is DENIED.

Entered February 11, 2021.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge