IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAUL ALLEN ADAMS,

                Plaintiff,

v.

LIZZIE TEGELS, TAMMY MAASSEN, DEBRA
TIDQUIST, PAULINE HULSTEIN, NURSE
ANTHONY HENTZ, LIN KIMPEL, and KRISTINE
PRALLE,

                Defendants.

ORDER

18-cv-971-jdp

---

      I ordered defendants to file a statement of death for plaintiff Paul Allen Adams and gave them until January 4, 2023, to serve that statement on Adams's successor or representative, if any. Dkt. 132. Defendants have filed the statement of death. Dkt. 133. My order and defendants' filing of the statement of death moot attorney Briane Pagel's earlier letters regarding Adams's passing and requests for dismissal of the case. *See* Dkt. 129 and Dkt. 131. Accordingly,

      IT IS ORDERED that Pagel's motions, Dkt. 129 and Dkt. 131, are DENIED AS MOOT.

      Entered November 1, 2022.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge